**DISMISS and Opinion Filed February 5, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01324-CV

### IN THE INTEREST OF A.I.B. AND R.B.S., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10830**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Stoddart
Opinion by Justice Stoddart

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that he no longer wishes to pursue this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Stoddart/

CRAIG STODDART

171324F.P05                               JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.I.B. AND
R.B.S., CHILDREN

No. 05-17-01324-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-17-10830.
Opinion delivered by Justice Stoddart.
Justices Francis and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Cinthia Carolina Sanchez recover her costs of this appeal from appellant Jose Maria Barrera Soto.

Judgment entered this 5th day of February, 2018.